JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUAN CARLOS LUCERO TORRES,
Petitioner,
v.
MARK WAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-03444-MWF-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is dismissed as moot, with no further proceedings, consistent with the reasons and findings set forth in the Order Lifting Stay and Dismissing Petition as Moot.

DATED: August 18, 2026

MICHAEL W. FITZGERALD
United States District Judge